**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: June 22, 2011**



*Charles M. Caldwell*
Charles M. Caldwell
United States Bankruptcy Judge

_____

BK1104786
SRD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 11-52424 |
| Michael Douglas Carroll<br>Debra Lynne Carroll | Chapter 7 |
| | Judge Caldwell |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #15) FOR PROPERTY LOCATED AT (3848 LYNWARD ROAD, COLUMBUS , OH 43228)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, National Association on May 24, 2011 as document number 15. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 3848 Lynward Road, Columbus, OH 43228.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Kerri N Bruckner
Kerri N Bruckner, Case Attorney
Bar Registration No.0074024
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3277
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Franklin County Treasurer
373 South High Street
17th Floor
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###